781 S.E.2d 719

**Richard STOGSDILL, Petitioner,**

v.

**SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent.**

Appellate Case No. 2014–002513.
No. 27601.

Supreme Court of South Carolina.

Heard Nov. 17, 2015.
Decided Jan. 20, 2016.

Patricia Logan Harrison, of Columbia, for petitioner.

Richard G. Hepfer, of Columbia, for Respondent.

Anna Maria Darwin and Sarah Garland St. Onge, both of Columbia, for Amicus Curiae Protection and Advocacy for People with Disabilities, Inc.; Andrew J. Atkins, of Columbia, for Amicus Curiae South Carolina Chapter of the National Academy of Elder Law Attorneys; and Stephen Suggs, of Columbia, for Amicus Curiae South Carolina Appleseed Legal Justice Center.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *Stogsdill v. South Carolina Department of Health and Human Services,* 410 S.C. 273, 763 S.E.2d 638 (Ct.App.2014). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**